UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HOUSEHOLD REALTY CORPORATION, )<br>and HSBC MORTGAGE SERVICES, INC., )<br>        Appellants, )<br>)<br>V. )<br>)<br>PEGGY DANIELS, )<br>        Appellee. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-CV-1-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the record. The motion to dismiss [D.E. 18] has merit and is GRANTED. The appeal is DISMISSED as moot.

**This Judgment Filed and Entered on July 11, 2016, and Copies To:**

| | |
|---|---|
| Rebecca Kinlein Lindahl | (via CM/ECF Notice of Electronic Filing) |
| Richard L. Farley | (via CM/ECF Notice of Electronic Filing) |
| Richard M. Stearns | (via CM/ECF Notice of Electronic Filing) |

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK
July 11, 2016              (By) /s/ Nicole Briggeman
                                             Deputy Clerk